**John DOE; et al., Plaintiffs— Appellants,**

v.

**CLARK COUNTY BOARD OF EDUCATION; et al., Defendants—Appellees.**

No. 06–15120.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.*

Decided April 18, 2006.

Marianne Lanuti, Esq., Henderson, NV, Niels L. Pearson, Esq., Selman Brietman

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

LLP, Las Vegas, NV, for Plaintiffs–Appellants.

Bill Hoffman, Esq., Clark County School District Legal Department, Mark E. Ferrario, Esq., Kummer Kaempfer Bonner Rensha & Ferrario, Las Vegas, NV, Ed Irvin, Esq., AGNV—Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: SILVERMAN, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief to limited review. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

The district court did not abuse its discretion here. *See Martin v. Int'l Olympic Comm.*, 740 F.2d 670, 674–75 (9th Cir. 1984). We therefore affirm the district court's order denying plaintiffs' motion for a preliminary injunction.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

